| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, James M. | 2. Court or Organization<br><br>USDC, Eastern District of AR | 3. Date of Report<br><br>04/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>500 West Capitol, Rm. D-446<br>Little Rock, AR 72201-3325 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1, Part VII , Line 26 |
| 2. Trustee | Trust 2, Part VII, Lines 53 |
| 3. Trustee | Trust 3, Part VII, Line 110 |
| 4. Trustee | Trust 4, Part VII, Line 117 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 APR 29 A 10: 43 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Tutoring |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓]  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. One Bank | A | Interest | K | T | | | | | |
| 2. Bank of America | A | Interest | J | T | | | | | |
| 3. Regions Bank | A | Interest | J | T | | | | | |
| 4. Telco Fed. Credit Union | B | Dividend | K | T | | | | | |
| 5. A Very Special Tea Room (Y) | | | | | | | | | See Part VIII, Note 1 |
| 6. Regions Bank/Morgan Keegan (IRA) | A | Int./Div. | K | T | | | | | |
| 7. Janus Global Tech Fnd | A | Interest | J | T | | | | | |
| 8. Vanguard Growth Index Fund (IRA) | A | Interest | K | T | | | | | |
| 9. BH&M Oil Comm. Stock | A | Dividend | J | T | | | | | |
| 10. Putnam Amer. Growth & Income Fnd | A | Dividend | J | T | | | | | |
| 11. Amer. Funds AMCAP Fnd | B | Dividend | K | T | | | | | |
| 12. Fidelity Eq. Aggr. Growth Fnd | A | Dividend | J | T | | | | | |
| 13. ACCT 1-2 (IRA) (MS) | E | Int./Div. | O | T | | | | | |
| 14. - IShares Russell 2000 Value Fund | | | | | Sold (part) | 12/12 | J | A | |
| 15. - IShares Russell 2000 Growth | | | | | Sold (part) | 12/12 | J | A | |
| 16. - IShares Russell 1000 Gr Index | | | | | Sold (part) | 12/12 | J | A | |
| 17. - IShares Russell 1000 Value Index | | | | | Sold (part) | 12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - IShares Russell Midcap G Index Fd | | | | | Sold (part) | 12/12 | J | A | |
| 19. - IShares S&P Midcap 400 Value | | | | | Sold (part) | 12/12 | J | A | |
| 20. - IShares S&P Midcap 400 Growth | | | | | Sold (part) | 12/12 | J | A | |
| 21. - IShares S&P 500 Growth Index | | | | | Sold (part) | 12/12 | J | A | |
| 22. - IShares MSCI Emerging Mkts Fd | | | | | Sold (part) | 12/12 | J | A | |
| 23. - IShares S&P Europe 350 Mkt Fnd | | | | | Sold (part) | 12/12 | J | A | |
| 24. - IShares MSCI Japan Index Fnd | | | | | Sold (part) | 12/12 | J | A | |
| 25. - Liquid Asset MM Fund | | | | | | | | | |
| 26. ACCT 1-4 (Trustl) (SA) | E | Int./Div. | O | T | | | | | |
| 27. - Greene Cnty AR Housing | | | | | | | | | |
| 28. - Pul Cnty AR Hsp Revs Chldrn's Hosp | | | | | | | | | |
| 29. - Union Cnty AR Housing | | | | | Redeemed (part) | 10/2 | J | A | |
| 30. - Pul Cnty AR Hlth. Fac. Catholic | | | | | Redeemed | 6/2 | K | B | |
| 31. - UA-Faytvl Var Fac | | | | | | | | | |
| 32. - Jonesboro AR Res Housing | | | | | Redeemed (part) | 9/1 | J | A | |
| 33. - Drew Cty AR School Dist 5 | | | | | Redeemed | 2/1 | K | B | |
| 34. - Springdale AR Sch Dist #50 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Booneville AR School Dist | | | | | Buy (add'l) | 1/30 | K | | |
| 36. - Springdale AR SD050 | | | | | | | | | |
| 37. - LR AR Hlth Fac Bd Baptist Med Center | | | | | | | | | |
| 38. - Conway AR Pub Fac Bd Cap Impts Rev Ref Hendrix | | | | | | | | | |
| 39. - Paragrould AR Water & Sewer Rev B/E | | | | | | | | | |
| 40. - AR St Rfdg Water Waste Disp & Poll C B/E | | | | | | | | | |
| 41. - AR St Univ Rev Hsg Sys FGIC B/E | | | | | | | | | |
| 42. - NLR Hlth Fac Bd Hlth Care RV Ref Bap Hlth B/E | | | | | | | | | |
| 43. - Ft.Smith AR W&S Rev Ser C FSA B/E | | | | | | | | | |
| 44. - AR State High Ed Ser B B/E (X) | | | | | | | | | See Part VIII, Note 2 |
| 45. - Univ AR Univ Rev Var Fac Fytvl Campus A B/E FGIC (X) | | | | | | | | | See Part VIII, Note 3 |
| 46. - Mansfield AR School Dist 65 RFDG & Constr B/E | | | | | Buy | 1/30 | K | | |
| 47. | | | | | Redeemed | 10/1 | K | B | |
| 48. - Arkadelphia AR Pub Ed Facs Rev Ouachita Bapt Univ B/E | | | | | Buy | 5/27 | K | | |
| 49. - Rogers AR Sewer Rev Imprvmt Ambac B/E | | | | | Buy | 9/18 | L | | |
| 50. ACCT 1-5 (IRA) (MS) | A | Int./Div. | J | T | | | | | |
| 51. - MS Liquid Asset MM Fnds | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Activision Blizzard Inc (formerly Activision Inc) | | | | | | | | | |
| 53.   ACCT 1-6 (Trust2) | E | Int./Div. | N | T | | | | | |
| 54.   -- First Southwest Prime MM Fnds | | | | | | | | | |
| 55.   - ABN AMRO Holding NV | | | | | Sold | 6/23 | J | A | |
| 56.   . - Alcoa, Inc. | | | | | Buy (add'l) | 1/28 | K | | |
| 57. | | | | | Sold | 5/21 | K | B | |
| 58. | | | | | Buy | 7/14 | K | | |
| 59.   - BP Amoco | | | | | Sold | 7/24 | J | A | |
| 60.   - Banco Bilbaovizcaya | | | | | | | | | |
| 61.   - Bank of America Corp. | | | | | Buy (add'l) | 3/20 | J | | |
| 62.   - Bayerische | | | | | Sold | 6/11 | J | A | |
| 63.   - Berkshire Hathaway, Inc. | | | | | | | | | |
| 64.   - Bristol Myers Squibb Co. | | | | | | | | | |
| 65.   - CIT Group, Inc. | | | | | | | | | |
| 66.   - Chubb Corp. | | | | | Sold | 6/11 | J | A | |
| 67.   - Costco | | | | | | | | | |
| 68.   - Dow Chemical Co. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Federated Dept. Stores | | | | | | | | | |
| 70. - Fiserv, Inc. | | | | | | | | | |
| 71. - General Motors Corp. | | | | | | | | | |
| 72. - GlaxoSmithKline | | | | | | | | | |
| 73. - IBM Corp. | | | | | Sold | 4/11 | J | A | |
| 74. - ING Groep | | | | | Sold | 7/24 | J | B | |
| 75. - Intel Corp. | | | | | Sold | 8/20 | K | B | |
| 76. - International Paper Co. | | | | | | | | | |
| 77. - IShares MSCI Japan Indx Fd | | | | | | | | | |
| 78. - J. Sainsbury | | | | | | | | | |
| 79. - Johnson & Johnson, Inc. | | | | | Sold | 7/24 | J | B | |
| 80. - Jones Apparel Group, Inc. | | | | | Sold | 11/24 | J | A | |
| 81. - Koninklijke | | | | | Sold | 6/11 | J | A | |
| 82. - Lafarge S.A. | | | | | | | | | |
| 83. - Lexmark Int. Group | | | | | | | | | |
| 84. - Limited Brands, Inc. | | | | | | | | | |
| 85. - MGIC Investment Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Markel Corp. | | | | | | | | | |
| 87. - Microsoft Corp. | | | | | | | | | |
| 88. - Neenah Paper, Inc. | | | | | Closed | 3/28 | J | A | |
| 89. - Newmont Mining Corp. | | | | | | | | | |
| 90. - PNC Financial Svcs Grp (formerly PNC Bank) | | | | | | | | | |
| 91. - Petroleo Brasileiro SA | | | | | | | | | |
| 92. - Pfizer, Inc. | | | | | | | | | |
| 93. - Public Service Enterprise | | | | | Buy | 5/12 | K | | |
| 94. - Repsol SA | | | | | Sold | 6/11 | J | A | |
| 95. - Spectra Energy Corp. | | | | | | | | | |
| 96. - Sumitomo Mitsui | | | | | Sold | 6/23 | J | B | |
| 97. - Taiwan Semiconductor Mfg. | | | | | | | | | |
| 98. - Telefonica de Espana SA | | | | | | | | | |
| 99. - Telefonos de Mexico | | | | | | | | | |
| 100. - Tim Participacoes | | | | | | | | | |
| 101. - Unilever NV | | | | | | | | | |
| 102. - Vivo Participacoes SA | | | | | Sold | 2/6 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Washington Mutual, Inc. | | | | | | | | | |
| 104. - Wells Fargo & Co. | | | | | Sold | 8/20 | K | B | |
| 105. - Western Union | | | | | | | | | |
| 106. - Calamos Growth CL C | | | | | | | | | |
| 107. - Davis NY Venture CL C | | | | | | | | | |
| 108. - Oppenheimer Global CL C | | | | | Buy | 6/11 | K | | |
| 109. | | | | | Buy<br>(add'l) | 9/9 | K | | |
| 110. ACCT 1-7 (Trust3) (MS) | A | Int./Div. | L | T | | | | | |
| 111. - Morgan Stanley Com. Stock | | | | | | | | | |
| 112. - Wal-Mart Stores Com. Stock | | | | | | | | | |
| 113. - MS Spectrum Technical | | | | | | | | | |
| 114. - MS Spectrum Currency | | | | | | | | | |
| 115. - MS MM fnds | | | | | | | | | |
| 116. - Discover Fincl Svcs (X) | | | | | | | | | |
| 117. ACCT 1-8 (Trust4) (SA) | D | Int./Div. | M | T | | | | | |
| 118. - LR AR School Dist. Ser. B | | | | | | | | | |
| 119. - Pul Cnty AR Chldrn's Hosp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Moody, James M. | - | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Heber Springs School District | | | | | | | | | |
| 121. - Fort Smith AR W&S Rev Ser C FSA B/E (X) | | | | | | | | | See Part VIII, Note 4 |
| 122. - Fed Home Loan Mtge Corp Med Term Note | | | | | | | | | |
| 123. - General Motors Corp Note | | | | | | | | | |
| 124. - Muni Cash Trust Fnds | | | | | | | | | |
| 125. - AR St Rfdg Water Waste Disp & Pollution Muni Debt | | | | | | | | | |
| 126. ACCT 2-1 (MS) | | | | | | | | | |
| 127. - Money Trust MM Fnds | A | Interest | J | T | | | | | |
| 128. - Chevron Texaco | A | Dividend | J | T | | | | | |
| 129. - First Horizon National Corp. | A | Dividend | J | T | | | | | |
| 130. - SunTrust Banks | A | Dividend | J | T | | | | | |
| 131. - General Electric Co. | A | Dividend | J | T | | | | | |
| 132. - Apple, Inc. | | | | | Buy | 9/10 | J | | |
| 133. | | | | | Donated | | | | |
| 134. ACCT 2-2 (IRA) (MS) | C | Int./Div. | M | T | | | | | |
| 135. - Liquid Asset MM funds | | | | | | | | | |
| 136. - FedEx Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Intel | | | | | | | | | |
| 138. - General Electric | | | | | | | | | |
| 139. - Qualcomm, Inc. | | | | | | | | | |
| 140. - Yahoo, Inc. | | | | | Sold | 2/6 | K | A | |
| 141. - Healthways, Inc. | | | | | Buy (add'l) | 2/6 | J | | |
| 142. - MS Flexible Income Trust B | | | | | | | | | |
| 143. - Activision Blizzard Inc (formerly Activiti on Inc) | | | | | | | | | |
| 144. - Blackstone Group LP | | | | | | | | | |
| 145. - Morgan Stanley | | | | | | | | | |
| 146. - Berkshire Hathaway B (Hldg Co) | | | | | Buy | 2/6 | M | | |
| 147. - Goldman Sachs Grp, Inc. | | | | | Buy | 3/25 | K | | |
| 148. ACCT 2-3 (Trust5) (MS) | D | Int./Div. | M | T | | | | | See Part VIII, Note 5 |
| 149. - Active Assets MM Trust | | | | | | | | | |
| 150. - Cisco | | | | | | | | | |
| 151. - Dell Computer | | | | | | | | | |
| 152. - General Electric | | | | | | | | | |
| 153. - Microsoft | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Morgan Stanley | | | | | Sold | 9/24 | J | A | |
| 155. - Tarrant Cnty TX Health Resources Tacs. | | | | | | | | | |
| 156. - MS Tax Exempt Sec | | | | | | | | | |
| 157. - Enterprise Bnk Natl Assoc Omaha NE | | | | | | | | | |
| 158. - Greenbank CD | | | | | | | | | |
| 159. - Discover Fincl Svcs | | | | | | | | | |
| 160. - Chesapeake Energy Corp | | | | | Buy | 3/31 | J | | |
| 161. - Celgene Corp | | | | | Buy | 2/21 | J | | |
| 162. ACCT 2-4 (IRA) (MS) | D | Int./Div. | M | T | | | | | |
| 163. - Liquid Asset Fund | | | | | | | | | |
| 164. - Banco Santander CD | | | | | Redeemed | 3/20 | L | C | |
| 165. - Dallas City Bank CD | | | | | Redeemed | 9/26 | L | B | |
| 166. - Discover Bank CD | | | | | | | | | |
| 167. - Evergreen Solar Inc | | | | | Buy | 6/26 | J | | |
| 168. - Wash Mut Bk CD | | | | | Buy | 6/30 | L | | |
| 169. ACCT 2-5 (iDealing com. stock) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Page 4, Line 5 -- Retain public rights only; no financial value; no income.

Note 2: Part VII, Page 6, Line 44 -- Asset inadvertently omitted from prior report (CY 2007); acquired 7/23/07, Value Code "K".

Note 3: Part VII, Page 6, Line 45 -- Asset inadvertently omitted from prior report (CY 2007); acquired 5/17/07, Value Code "K".

Note 4: Part VII, Page I I, Line 121 -- Asset inadvertently omitted from prior report (CY 2007); acquired 9/24/07; Value Code "J".

Note 5: Part VII, Page 12, Line 148 -- Filer holds no position in Acct. 2-3 (Trust5).

Note 6: CY 2007 FDR, Part VII, Page 4, Line 13 -- Asset merged in 2002 with account on Line 20 (correctly reported) and sold in 2003.

Note 7: CY 2007 FDR, Part VII, Page 7, Line 67 -- Real estate asset is for personal use only; not investment; no income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544